IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| KEVIN T. GOW, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CV 120-143 |
| | * | |
| JERMAINE WHITE, | * | |
| | * | |
| Defendant. | * | |

**O R D E R**

Presently before the Court is Plaintiff's motion, which the Court construes as a motion for certificate of appealability ("COA"). (Doc. 20.) Plaintiff states he "was not aware that a [COA] had to be submitted to the courts to appeal federal habeas corpus." (Id. at 1.) He requests another chance to submit a COA because he was unaware of the necessity of such. (Id.)

In the Court's October 8, 2021 Order (Doc. 18), the Court made a finding that Plaintiff had failed to make a substantial showing of the denial of a constitutional right. (Id. at 1-2.) Based on that finding, the Court denied a COA. The October 8, 2021 Order specified that a party may not appeal such a denial, but may seek a certificate from the Court of Appeals under Federal Rule of Appellate Procedure 22. (Id. at 2.) Based on the foregoing, Plaintiff's motion is **DENIED AS MOOT**.

**ORDER ENTERED** at Augusta, Georgia, this ___10th___ day of December, 2021.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA