IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| KEVIN T. GOW, | * | |
| Plaintiff, | * | |
| v. | * | CV 120-143 |
| JERMAINE WHITE, | * | |
| Defendant. | * | |

**O R D E R**

Presently before the Court is Plaintiff's motion for certificate of appealability ("COA"). (Doc. 22.) This is Plaintiff's second motion for COA. (See Doc. 20.)

As this Court previously explained (Doc. 21), it denied Plaintiff a COA because he failed to make a substantial showing of the denial of a constitutional right. (See Doc. 18, at 1-2.) The Court's October 8, 2021 Order specified that a party may not appeal such a denial, but instead may seek a certificate from the Court of Appeals under Federal Rule of Appellate Procedure 22. (Id. at 2.) Based on the foregoing, Plaintiff's motion is again **DENIED**.

**ORDER ENTERED** at Augusta, Georgia, this 14th day of March, 2022.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA